UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,
Plaintiff,

-against-

LUCY ANNE RODRIGUEZ AS COADMINISTRATOR TO THE ESTATE OF AND AS HEIR AT LAW AND NEXT OF KIN TO THOMAS J. HECKMAN JR. A/K/A THOMAS JOSEPH HECKMAN JR. A/K/A THOMAS HECKMAN A/K/A THOMAS J. HECKMAN; LAURA ANN HECKMAN AS COADMINISTRATOR TO THE ESTATE OF AND AS HEIR AT LAW AND NEXT OF KIN TO THOMAS J. HECKMAN JR. A/K/A THOMAS JOSEPH HECKMAN JR. A/K/A THOMAS HECKMAN A/K/A THOMAS J. HECKMAN; DANIEL THOMAS HECKMAN AS COADMINISTRATOR TO THE ESTATE OF AND AS HEIR AT LAW AND NEXT OF KIN TO THOMAS J. HECKMAN JR. A/K/A THOMAS JOSEPH HECKMAN JR. A/K/A THOMAS HECKMAN A/K/A THOMAS J. HECKMAN; CLERK OF THE SUFFOLK COUNTY TRAFFIC & PARKING VIOLATIONS AGENCY; and "JOHN DOE #1" through "JOHN DOE #12," the last twelve names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if

**MEMORANDUM AND ORDER**
Case No. 25-CV-07080 (FB) (LGD)

any, having or claiming an interest in or lien upon the Subject Property described in the Complaint,
Defendants.

*Appearances:*
*For the Plaintiff:*
ROBERT THOMAS YUSKO
JAMIE C. KRAPF
McCabe, Weisberg & Conway LLC
10 Midland Avenue, Ste 205
Port Chester, NY 10573

**BLOCK, Senior District Judge:**

Magistrate Lee G. Dunst issued a report and recommendation ("R&R") recommending the Court deny the motion for default judgment against Defendants without prejudice. *See* R&R at 10. The R&R gave the parties 14 days to file objections and warned that "[f]ailure to file timely objections shall constitute a waiver of those objections both in the district court and on later appeal to the United States Court of Appeals." *Id.* The R&R was issued on September 23, 2026, making objections due on October 7, 2026. *See* Fed. R. Civ. P. 6(d). No objections have been filed.

Where clear notice has been given of the consequences of failure to object, and there are no objections, the Court may adopt the R&R without de novo review. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of

further judicial review of the magistrate's decision."). The Court will, however, excuse the failure to object and conduct de novo review if it appears that the magistrate judge may have committed plain error. *See Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000).

No error, plain or otherwise, appears on the face of the R&R, so the Court adopts it without de novo review. Plaintiff's motion for default judgment against Defendants without prejudice.

**SO ORDERED.**

_/S/ Frederic Block__________
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
October 13, 2026